**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DR. MICHELLE G. SCOTT,**

    **Plaintiff,**

v.                                                                Case No.  8:14-cv-1762-T-30TBM

**SARASOTA DOCTORS HOSPITAL, INC.,**
**WEST FLORIDA PHYSICIAN NETWORK,**
**LLC, and EMCARE, INC.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant EmCare, Inc.'s Motion to Strike Plaintiff's Expert Witness or, in the Alternative, to Extend the Expert Discovery Deadline (Dkt. 38). The Court, having reviewed the motion, and being otherwise advised in the premises, grants the motion in part.

The record reflects that Plaintiff Dr. Michelle G. Scott has not complied with Rule 26's expert disclosure obligations. Specifically, although Plaintiff has identified her expert, she has not complied with her obligations to provide the expert's report as required under Rule 26(a)(2)(B) by the applicable deadline.[1] Defendant EmCare argues that Plaintiff's failure to comply with Rule 26's expert disclosure obligations precludes it from complying with its own expert disclosure deadline of March 16, 2015. As such, EmCare requests that

---

[1] Plaintiff's expert disclosure deadline was February 16, 2015 (Dkt. 17). The Court extended the deadline to February 26, 2015 (Dkt. 32).

the Court strike Plaintiff's expert, or allow EmCare an extension to comply with its expert disclosure deadline. The Court concludes that, at this stage in the proceedings, the best course is to extend the deadlines.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant EmCare, Inc.'s Motion to Strike Plaintiff's Expert Witness or, in the Alternative, to Extend the Expert Discovery Deadline (Dkt. 38) is granted in part as stated herein.

2. Plaintiff Dr. Michelle G. Scott shall comply with the expert disclosure requirements specifically outlined in Rule 26(a)(2)(B) by March 23, 2015. **Failure to serve Defendants with the full and complete expert disclosure by March 23, 2015 may result in the Court striking Plaintiff's expert.**

3. Defendants' expert disclosure deadline is extended to April 23, 2015.

4. The discovery deadline is extended to May 7, 2015.

5. All remaining deadlines are UNCHANGED.

**DONE** and **ORDERED** in Tampa, Florida on March 17, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2014\14-cv-1762.mt-expert-grant-38.frm