## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DR. MICHELLE G. SCOTT,**

    **Plaintiff,**

v.                                                                  Case No.  8:14-cv-1762-T-30TBM

**SARASOTA DOCTOR HOSPITAL,**
**INC., et al.,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Emcare, Inc.'s Motion for Taxation of Costs (Dkt. 95) and Proposed Bill of Costs (Dkt. 96).  On November 20, 2015, the Court directed Plaintiff to file a notice on or before November 27, 2015, indicating if she intended to file an opposition to the request for costs.  Plaintiff did not file any opposition by that time.  The Court, having reviewed the filings and being otherwise advised in the premises, grants Emcare's motion and proposed bill of costs.

Emcare seeks costs in the amount of $3,202.10 related to fees for transcripts necessarily obtained for use in the case.  These costs are recoverable under 28 U.S.C. § 1920.

It is therefore ORDERED AND ADJUDGED that:

1.     Defendant Emcare, Inc.'s Motion for Taxation of Costs (Dkt. 95) and Proposed Bill of Costs (Dkt. 96) are granted.

2. The Clerk of Court is directed to enter a **Bill of Costs** in the amount of **$3,202.10** in Defendant Emcare, Inc.'s favor and against Plaintiff for taxable costs. This amount shall accrue interest at the relevant federal statutory rate.

**DONE** and **ORDERED** in Tampa, Florida on December 1, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2014\14-cv-1762.emcare-costs-95.wpd