UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DR. MICHELLE G. SCOTT,

    Plaintiff,

v.                                    Case No. 8:14-CV-1762-T-30TBM

SARASOTA DOCTORS HOSPITAL,
INC., a Florida Corporation doing
Business as Doctors Hospital of
Sarasota,

    Defendant.
_____/

## VERDICT FORM

Do you find from a preponderance of the evidence:

    1.    That Doctors Hospital was a joint employer of Dr. Scott?

Answer Yes or No    __No__

If your answer is "No" to question 1 this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

    2.    That Doctors Hospital terminated Dr. Scott from employment?

Answer Yes or No    _____

1

If your answer is "No" to question 2 this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Dr. Scott being female was a motivating factor that prompted Doctors Hospital to terminate Dr. Scott from employment?

Answer Yes or No    _____

If your answer is "No" to question 3, skip to question 6. If your answer is "Yes," go to the next question.

4. That Dr. Scott should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No    _____

If your answer is "No" to question 4, skip to question 6.

5. If your answer is "Yes,"

in what amount?    $_____

6. That Dr. Scott had a good faith, reasonable belief that Doctors Hospital was discriminating against her on the basis of her gender when she filed her Charge of Discrimination with the EEOC?

Answer Yes or No    _____

If your answer is "No" to Question No. 6, skip to Question No. 10. If your answer is "Yes," go to the next question.

7. That Doctors Hospital terminated Dr. Scott because she filed an EEOC Charge?

Answer Yes or No _____

If your answer is "No" to Question No. 7, skip to Question No. 10. If your answer is "Yes," go to the next question.

8. That Dr. Scott should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No _____

If your answer is "No" to question 8, skip to question 10.

9. If your answer is "Yes,"

in what amount? $_____

If you did not award damages in response to Question No. 4 or 8, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to either Question No. 4 or 8, or both, go to the next question.

3

10. That punitive damages should be assessed against Doctors Hospital?

Answer Yes or No _____

11. If your answer is "Yes,"

in what amount?      $_____

This ends your deliberations. Your foreperson should sign and date the last page of this verdict form.

So Say We All.

_____
Foreperson's Signature

Date: 1/22/16