## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DR. MICHELLE G. SCOTT,**

    **Plaintiff,**

v.                                        Case No. 8:14-cv-1762-T-30TBM

**SARASOTA DOCTORS HOSPITAL,**
**INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Sarasota Doctors Hospital, Inc.'s Amended Verified Motion to Tax Costs against Plaintiff (Dkt. 148) and Proposed Bill of Costs (Dkt. 149). Plaintiff has not filed any opposition to Defendant's request for costs. The Court, having reviewed the filings and being otherwise advised in the premises, grants Defendant's motion in part.

Defendant seeks costs in the amount of $3,542.84 related to fees for transcripts necessarily obtained for use in the case, fees for witnesses, fees for costs associated with exemplification and copies, and a mediation fee. All of these costs, except the $500.00 mediation fee, are recoverable under 28 U.S.C. § 1920.

It is therefore **ORDERED AND ADJUDGED** that:

1. Defendant Sarasota Doctors Hospital, Inc.'s Amended Verified Motion to Tax Costs against Plaintiff (Dkt. 148) is granted in part and denied in part.

2. The Clerk of Court is directed to enter a **Bill of Costs** in the amount of **$3,042.84** in Defendant Sarasota Doctors Hospital, Inc.'s favor and against Plaintiff for taxable costs. This amount shall accrue interest at the relevant federal statutory rate.

**DONE** and **ORDERED** in Tampa, Florida on March 7, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2014\14-cv-1762.costs-148.wpd